UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Elena Brady

Case No.: 16-30374 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

_____Jeffrey A. Lester_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Rosemary Gambardella_____ on _____January 10, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 521 Linden Ave., Rahway, NJ  Value about $100,000

Liens on property: SPS Select Mortgage  Balance about $297,800

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 16-30374-RG
Elena Victorino Brady                                                     Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 1          Date Rcvd: Nov 22, 2016
                               Form ID: pdf905            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
db              +Elena Victorino Brady,    521 Linden Avenue,    Rahway, NJ 07065-4308
cr              +Ascension Capital Group Attn: BMW Financial Servic,     PO BOX 165028,    Irving, TX 75016-5028
cr              +Deutsche Bank National Trust Company, as Trustee,,    C/O Select Portfolio Servicing, Inc,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412
516462756       +Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
516462757       +Best Buy Credit Card Services,    PO Box 9001007,    Louisville, KY 40290-1007
516462758        Borrowers First, Inc.,    PO Box,    Omaha, NV 68103-2711
516462759       +Circle Back Lending,    777 Yamato Rd. Suite 400,    Boca Raton, FL 33431-4498
516462762       +Newark Board of Education,    195 Norman Road,    Newark, NJ 07106-3309
516462763        Priceline Card Servicer,    PO Box 13337,    Philadelphia, PA 19101-3337
516462764        Sps Select Portfolio Servicing,    PO Box 65250,    Salt City, UT 84165-0250
516462765        Wells Fargo Card,    PO Box 5284,    Carol Stream, IL 60197-5284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 23:07:59     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 23:07:57     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516472755       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 22 2016 22:59:49
                  BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
516462760        E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2016 02:59:23     Gap/Synchrony Bank,
                  PO Box 960017,    Orlando, FL 32896-0017
516462761        E-mail/Text: camanagement@mtb.com Nov 22 2016 23:07:45     M&T Bank,    PO Box 64679,
                  Baltimore, MD 21264-4679
516462767        E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2016 02:59:23     Paypal Credit Svcs/syncb,
                  PO Box 960080,    Orlando, FL 32896-0080
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
                                                                                              TOTAL: 3
```