**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elena Victorino Brady** | Social Security number or ITIN  **xxx–xx–4605** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–30374–RG**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elena Victorino Brady

<u>1/27/17</u>                                                             **By the court:**   <u>Rosemary Gambardella</u>
                                                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-30374-RG
Elena Victorino Brady                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jan 30, 2017
                              Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
db              +Elena Victorino Brady,    521 Linden Avenue,    Rahway, NJ 07065-4308
cr              +Ascension Capital Group Attn: BMW Financial Servic,    PO BOX 165028,    Irving, TX 75016-5028
cr              +Deutsche Bank National Trust Company, as Trustee,,    C/O Select Portfolio Servicing, Inc,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412
516529909        BMW North America LLC,    300 Chestnut Ridge Rd,    Woodcliff Lake, NJ  07677-7739
516462757       +Best Buy Credit Card Services,    PO Box 9001007,    Louisville, KY 40290-1007
516462758        Borrowers First, Inc.,    PO Box,   Omaha, NV 68103-2711
516536080        Fed Loan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
516529911        Fed Loan Sevicing,    PO Box 69184,   Harrisburg, PA 17106-9184
516529912        Joseph Brady,    521 Linden Ave,    Rahway, NJ  07065-4308
516462762       +Newark Board of Education,    195 Norman Road,    Newark, NJ 07106-3309
516462763        Priceline Card Servicer,    PO Box 13337,   Philadelphia, PA 19101-3337
516462764        Sps Select Portfolio Servicing,    PO Box 65250,    Salt City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516536078        EDI: AMEREXPR.COM Jan 31 2017 01:23:00      American Express,    PO Box 297871,
                  Fort Lauderdale, FL 33329-7871
516529908        EDI: AMEREXPR.COM Jan 31 2017 01:23:00      Amex,   Correspondence,    PO Box 981540,
                  El Paso, TX  79998-1540
516472755       +EDI: AISACG.COM Jan 31 2017 01:23:00      BMW Financial Services NA, LLC,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516472755       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2017 01:41:28
                  BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
516462756       +EDI: BANKAMER.COM Jan 31 2017 01:23:00      Bank of America,    PO Box 15019,
                  Wilmington, DE 19850-5019
516462759       +E-mail/Text: rwatters@pfsc.com Jan 31 2017 01:44:07      Circle Back Lending,
                  777 Yamato Rd. Suite 400,   Boca Raton, FL 33431-4498
516536079        EDI: DISCOVER.COM Jan 31 2017 01:23:00      Discover Fin Svcs LLC,    PO Box 15316,
                  Wilmington, DE 19850-5316
516529910        EDI: DISCOVER.COM Jan 31 2017 01:23:00      Discover Financial,    PO Box 3025,
                  New Albany, OH  43054-3025
516462760        EDI: RMSC.COM Jan 31 2017 01:23:00      Gap/Synchrony Bank,    PO Box 960017,
                  Orlando, FL 32896-0017
516462761        E-mail/Text: camanagement@mtb.com Jan 31 2017 01:42:57      M&T Bank,   PO Box 64679,
                  Baltimore, MD 21264-4679
516462767        EDI: RMSC.COM Jan 31 2017 01:23:00      Paypal Credit Svcs/syncb,    PO Box 960080,
                  Orlando, FL 32896-0080
516536081        EDI: RMSC.COM Jan 31 2017 01:23:00      Syncb/Walmart DC,    PO Box 965024,
                  Orlando, FL 32896-5024
516529913        EDI: RMSC.COM Jan 31 2017 01:23:00      Synchrony Bank/Walmart,    PO Box 965064,
                  Orlando, FL  32896-5064
516462765        EDI: WFFC.COM Jan 31 2017 01:23:00      Wells Fargo Card,    PO Box 5284,
                  Carol Stream, IL 60197-5284
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516539263*      BMW North America LLC,    300 Chestnut Ridge Rd,    Woodcliff Lake, NJ  07677-7739
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: 318             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeffrey   Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
              Juan C Velasco    on behalf of Debtor Elena Victorino Brady bankruptcy@velascolaw.com,
               G19644@notify.cincompass.com
                                                                                             TOTAL: 4
```